NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

STRATEGIC LAND & PROPERTY )
SALES, LLC, a Florida limited liability )
Company, )
)
         Appellant/Cross-Appellee, )
)
v. )    Case No. 2D18-1216
)
DAVID M. DONNELLY, )
)
         Appellee/Cross-Appellant. )
_____ )

Opinion filed November 13, 2019.

Appeal from the Circuit Court for
Hillsborough County; Rex M. Barbas, Judge.

Kurt E. Davis of The Davis Law Firm,
Tampa, for Appellant/Cross-Appellee.

Dineen Pashoukos Wasylik and Jared
M. Krukar of DPW Legal, Tampa, for
Appellee/Cross-Appellant.

PER CURIAM.

        Affirmed.

NORTHCUTT, KELLY, and SMITH, JJ., Concur.